# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:21-CV-00356-GCM

| | |
|---|---|
| DASZMAR LAMMON LOCKHART, | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **KILOLO KIJAKAZI,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on the Motion to Remand (ECF No. 15) by Defendant, the Acting Commissioner of Social Security. The Commissioner asks that the Court remand the cause to the Commissioner. Plaintiff consents to the motion.

**IT IS THEREFORE ORDERED** that the Motion to Remand (ECF No. 15) is **GRANTED**. The decision of the Commissioner is **REVERSED**, pursuant to Sentence Four of 42 U.S.C. § 405(g), and the case is **REMANDED** back to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101 (1991).

**SO ORDERED**.

Signed: May 2, 2022

Graham C. Mullen
United States District Judge